RECEIVED

JAN 3 0 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:14-cr-00203-04 |
| VERSUS | JUDGE DRELL |
| KO CHANHKONGSHINH (04) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion for a new trial [Rec. Doc. 506] is **DENIED**, consistent with the report and recommendation.

Alexandria, Louisiana, this 29 day of January, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE