U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 11 2018

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACT. NO. 14-cr-00203-04 |
| -vs- | JUDGE DRELL |
| KO CHANHKONGSHINH (04) | MAG. JUDGE HANNA |

## JUDGMENT

Before the court is the report and recommendation of the Magistrate Judge, which recommends denial and dismissal of petitioner's "Motion to Correct Illegal Sentence" under 28 U.S.C. § 2255. (Doc. 530). After a complete review of the record in this case, including both the report and recommendation and the motion and noting the absence of objections, the court determines that the proposed findings of the Magistrate Judge are correct according to applicable law and jurisprudence. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the report and recommendation of the Magistrate Judge is **ADOPTED** and, therefore, petitioner's "Motion to Correct Illegal Sentence" is **DENIED** and **DISMISSED** with prejudice. (Doc. 523).

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 11th day of September, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT